IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ISAAC LITHARIO PETERSON,

    Plaintiff,

v.                                  CASE NO. 4:10-cv-00332-MP -WCS

MICHAEL R MCCOY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 33, the Report and Recommendation of the Magistrate Judge, recommending that the defendant's motion to dismiss be denied. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that plaintiff does not have three qualifying "strikes" under 28 U.S.C. § 1915(g). Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Defendant's motion to dismiss, doc. 22, is **DENIED,** as Plaintiff does not have three "strikes" under 28 U.S.C. § 1915(g), and the case is **REMANDED** for further proceedings.

    **DONE AND ORDERED** this *22nd* day of April, 2011

                          *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge