**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ISAAC LITHARIO PETERSON,

    Plaintiff,

v.                                                      CASE NO. 4:10cv332-MP-WCS

MICHAEL R MCCOY,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 20, 2011.  (Doc. 76).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted. Additionally, Doc. 86, plaintiff's "Motion to Consider Plaintiff's Allegation of Perjury and Forgery in Defendant's Motion for Summary Judgment Before Ruling on the Case" is denied.  The issue would only be relevant to credibility determinations which are not appropriate at the summary judgment stage.  Finally, Plaintiff's motion at Doc. 89, moving the court to consider the two witness statements and the incident report, is granted to the extent that the court has considered them in reviewing the Report and Recommendation.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.  The motion at Doc. 86 is DENIED, and the motion at Doc. 89 is GRANTED.

3.  Defendant's motion for summary judgment, Doc. 53, is GRANTED, and the Clerk is directed to close this case.

**DONE and ORDERED** this 9th day of January, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**